UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAIN CAMPBELL, | No.  2:25-cv-3078-CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. ORTEGA, | |
| Defendant. | |

Plaintiff, a state prisoner, proceeds pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's in forma pauperis affidavit states he had approximately $7,500 when he signed the affidavit and commenced this action. This is also reflected on plaintiff's trust fund account statement.

In order to commence an action, plaintiff must either pay both the $350.00 filing fee and the $55.00 administrative fee for a civil action, or be granted leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who submits an affidavit . . . that [he] is unable to pay such fee or give security therefor."  28 U.S.C. § 1915(a). The amount

---

[1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the $350.00 filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

of money plaintiff had available at the time of commencing this action demonstrates plaintiff was able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993). Plaintiff will therefore be granted 30 days in which to submit the appropriate filing fee to the Clerk of the Court. Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Accordingly, IT IS ORDERED that, within 30 days from the date of this order, plaintiff shall pay the full court costs consisting of the $350.00 filing fee and $55.00 administrative fee.

Dated:  June 1, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 camp3078.3b

2