IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TREMAIN CAMPBELL,**<br>Plaintiff,<br>**v.**<br>**ORTEGA,**<br>Defendant. | Case No. 2:25-cv-03078-CKD<br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR A 21-DAY EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br>Judge: Hon. Carolyn K. Delaney<br>Trial Date: Not Set<br>Action Filed: August 22, 2025 |

Before the Court is Defendant's administrative motion under Local Rule 233 and Federal Rule of Civil Procedure 6(b)(1)(A) to change his deadline to file a responsive pleading. Good cause appearing, the motion is **GRANTED**.

Defendant's responsive pleading is due no later than **November 13, 2026**.

**IT IS SO ORDERED.**

**Dated: November 2, 2026**

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 camp3078.36answ